No. 840. GASTON, WILLIAMS & WIGMORE, OF CANADA, LIMITED *v.* PHILIP A. WARNER. April 18, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Cletus Keating* for petitioner. *Mr. Joseph P. Nolan* for respondent.

No. 846. JAMES S. McKEE ET AL. *v.* BENJAMIN GRATZ. April 18, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Frank H. Sullivan, Mr. Lon O. Hocker* and *Mr. George F. Haid* for petitioners. *Mr. S. Mayner Wallace,* for respondent, concurring.

No. 880. SNAKE CREEK MINING & TUNNEL COMPANY *v.* MIDWAY IRRIGATION COMPANY ET AL. May 2, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. H. R. Mac-Millan* and *Mr. John A. Marshall* for petitioner. *Mr. A. B. Irvine* for respondents. *Mr. J. F. Callbreath,* by leave of court, as *amicus curiæ.*